

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN RAMIREZ | * | |
| VS | * | C.A. NO. B-04-026 |
| W. SISNEROS, Warden of F.C.I., Bastrop, Texas | * | (Cr. No. B-94-121) |

### MINUTE ENTRY

Due to conflict of interest, the above-captioned case is hereby TRANSFERRED to Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this 7th day of June 2004.

_____
Felix Recio
United States Magistrate Judge