IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN RAMIREZ, | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. B-04-026 |
| VS. | § | |
| | § | CRIMINAL ACTION NO. B-94-121 |
| W. SISNEROS, WARDEN OF F.C.I, | § | |
| BASTROP, TEXAS, | § | |
| Respondent. | § | |

### ORDER

The Clerk of the Court is ORDERED to prepare a summons and deliver the same to the United States Marshal Service, Southern District of Texas, Brownsville Division for service on above referenced Respondent.

DONE at Brownsville, Texas, this 10th day of June, 2004.

John Wm. Black
United States Magistrate Judge