IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN RAMIREZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-026 |
| | § | |
| W. SISNEROS, WARDEN OF | § | |
| F.C.I. BASTROP, TEXAS, | § | |
| Respondent. | | |

## ORDER

Petitioner, Juan Ramirez, filed a Petition for a Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. (Docket No. 1). Petitioner is hereby allowed to proceed *In Forma Pauperis*. The United States Government is ordered to submit a response to the above Petition by November 22, 2004.

DONE at Brownsville, Texas, this 6th day of October, 2004.

_____
John Wm. Black
United States Magistrate Judge