IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN RAMIREZ,<br>    Reg. No. 62929-079<br>    Petitioner,<br><br>vs.<br><br>W. SISNEROS, Warden<br>Federal Correctional Institution,<br>Bastrop, Texas<br>    Respondent. | § § § § § § § § § § | C.A. NO. B-04-026 |

## ORDER

It is hereby ORDERED that the government's motion to summarily deny Ramirez's Petition for Habeas Corpus is GRANTED.

SIGNED this _____ day of _____ 2004.

_____
UNITED STATES DISTRICT JUDGE

7