IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN RAMIREZ, | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION B-04-26 |
| W. SISNEROS, Warden of F.C.I. Bastrop, Texas | § | |
| Respondent. | § | |

## ORDER

Petitioner, Juan Ramirez, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C §2241, in the Brownsville Division, of the Southern District of Texas. On August 16, 1994, Ramirez was indicted in cause number B-94CR-121-02 in the Brownsville Division, Southern District of Texas, and charged with continuing criminal enterprise, possession with intent to distribute over 1000 kilos of cocaine, money laundering conspiracy and other charges. He pleaded guilty on October 5, 1994, and he is currently confined in the Federal Correctional Institute at Bastrop, Texas. Bastrop is in the Austin Division of the Western District of Texas.

The Fifth Circuit has held that the district of incarceration has exclusive jurisdiction over 28 U.S.C § 2241 petitions. *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999); *United States v. Weathersby*, 958 F.2d 65, 66 (5th Cir. 1992). Therefore, only the Western District of Texas, Austin Division, has jurisdiction over this § 2241 petition. *Story v. Collins*, 920 F.2d 1247, 1251 (5th Cir. 1991).

It is **ORDERED** that Ramirez's § 2241 petition be transferred from the Brownsville Division, Southern District of Texas, to the Austin Division, Western District of Texas.

DONE at Brownsville, Texas, this ___ day of December, 2004.

Hilda G. Tagle
United States District Judge

-1-